Galina Dorris (SBN 365131)
**GAVRILOV & BROOKS**
2315 Capitol Avenue
Sacramento, CA 95816
Telephone:    (916) 504-0529
Facsimile:    (916) 473-5870
Email:        info@gavrilovlaw.com

Attorneys for Petitioner,
RACIEL RAUL MIRANDA ESCALONA

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACIEL RAUL MIRANDA ESCALONA<br><br>            Petitioner,<br><br><br>    v.<br><br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, et.al.,<br><br><br>            Respondents | Case No.: 2:26-cv-01229-DAD-CKD<br>A#: 203-494-125<br><br><br>**ORDER GRANTING PETITIONER'S MOTION OF VOLUNTARY DISMISSAL OF THE WRIT OF HABEAS CORPUS PETITION UNDER 28 U.S.C. § 2241** |

**ORDER GRANTING PETITIONER'S MOTION OF VOLUNTARY DISSMISSAL OF THE WRIT OF HABEAS CORPUS PETITION**

Upon consideration of Petitioner's Motion to Voluntarily Dismiss Petition of Habeas Corpus, the accompanying Declaration of Petitioner, and all other papers and records on file, and good cause appearing:

////

/////

- 1 -

| | |
|---|---|
| Proposed Order | *Lopez v. Warden et.al.*<br>Case No. 1:26-cv-2258-TLN-CKD |

**IT IS HEREBY ORDERED** that:

1.  Petitioner's Motion to Dismiss the Habeas Corpus Petition **GRANTED**.

2.  This case is closed.

Dated:  June 15, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

- 2 -

Proposed Order

*Lopez v. Warden et.al.*
Case No. 1:26-cv-2258-TLN-CKD